IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-20303-JAD |
| | : | |
| **Matthew Khanolkar** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| **Matthew Khanolkar** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Matthew Khanolkar,** hereby state as follows:

1. I am unemployed.

2. I expect to start receiving Unemployment Compensation in the amount of $2,400.00 per month.

3. I earn part-time casual income in the amount of $600.00 per month.

4. My son contributes $300.00 per month to the household.

5. I am in the process of filing all unfiled income tax returns.

6. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: March 12, 2025                                    /s/ **Matthew Khanolkar**
                                                                         **Matthew Khanolkar**
                                                                         Debtor