**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/31/25 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: Matthew Khanolkar<br><br>　　　　　　　　　　Debtor(s) | **DEFAULT O/E JAD** |
| MIDFIRST BANK, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　　v.<br>Matthew Khanolkar<br>　　　　　　　　　　Respondent<br>　　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 25-20303 JAD<br><br>CHAPTER 13<br><br>Related to Docket # __37__ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　　AND NOW, this 31st day of December, 2025, at Pittsburgh, upon Motion of MIDFIRST BANK, its successors and/or assigns, it is

　　　　**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 333 Forrest Avenue, Houston, PA 15342 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　_/s/ JBD_
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20303-JAD |
| Matthew Khanolkar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Matthew Khanolkar, 37 West College St Apt E, Canonsburg, PA 15317-1343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Lawrence Willis | |
| | on behalf of Debtor Matthew Khanolkar ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | |
| | on behalf of Creditor Canonsburg-Houston Joint Sewer Authority rmonti@grblaw.com |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

TOTAL: 6