**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MATTHEW KHANOLKAR

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:25-20303 JAD

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/06/2025  and confirmed on 05/13/2025 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,800.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,800.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,321.73 | |
| Trustee Fee | 228.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,549.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MIDFIRST BANK | 0.00 | 2,245.27 | 0.00 | 2,245.27 |
|    Acct: 7571 | | | | |
| US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5188 | | | | |
| MIDFIRST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7571 | | | | |
| CANONSBURG HOUSTON JOINT SEWER | 92.60 | 0.00 | 0.00 | 0.00 |
|    Acct: 2300 | | | | |
| | | | | 2,245.27 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| MATTHEW KHANOLKAR | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| MATTHEW KHANOLKAR | 5.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

| 25-20303 JAD | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 3,500.00 | 1,321.73 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 11,850.85 | 0.00 | 0.00 | 0.00 |
| Acct: 7578 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0303 | | | | |
| MIDFIRST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7571 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| CREDENCE RESOURCE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7252 | | | | |
| GENESIS FS CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9548 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7578 | | | | |
| WEST PENN POWER* | 2,922.10 | 0.00 | 0.00 | 0.00 |
| Acct: 9998 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE - A | 113.91 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CANONSBURG HOUSTON JOINT SEWER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS      2,250.27

TOTAL CLAIMED
| PRIORITY | 11,855.85 |
|---|---|
| SECURED | 92.60 |
| UNSECURED | 3.036.01 |

Date: 07/10/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com